1006

[Nos. 33307-8-III; 33308-6-III. Division Three. September 22, 2016.]

*In the Matter of the Parental Rights to* S.E.

*In the Matter of the Parental Rights to* A.E.

Appeals from a judgment of the Superior Court for Spokane County, No. 14-7-00836-1, Harold D. Clarke III, J., entered March 26, 2015. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Lawrence-Berrey, A.C.J., and Korsmo, J.

[No. 33808-8-III. Division Three. September 22, 2016.]

JESUS OROZCO, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 13-2-00132-0, Cameron Mitchell, J., entered September 14, 2015. *Affirmed* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Korsmo and Pennell, JJ.

[No. 72946-2-I. Division One. September 26, 2016.]

NANCY LOE, *Appellant*, v. BENSON VILLAGE ASSOCIATES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-34157-3, Samuel Chung, J., entered December 19, 2014. *Affirmed* by unpublished opinion per Trickey, A.C.J., concurred in by Cox and Leach, JJ.

[No. 73124-6-I. Division One. September 26, 2016.]

DEUTSCHE BANK NATIONAL TRUST COMPANY, *as Trustee*, *Respondent*, v. WESLEY SCHLEPP, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-10510-0, Carlos Velategui, J. Pro Tem., entered February 13, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Leach, JJ.